**Tion Bernard TERRELL,
Plaintiff—Appellant,**

v.

**K.J. BASSETT, Warden in his/her personal and professional capacities; Sergeant Barnette, in his/her personal and professional capacities; Sergeant Davis, in his/her personal and professional capacities; David Robinson, Warden, in his/her personal and professional capacities; Lieutenant Banks in his/her personal and professional capacities; Major Dillard, in his/her personal and professional capacities; Asst Warden Vaughn, in his/her personal and professional capacities; Doc Watson, in his/her personal and professional capacities; Lieutenant Combs, in his/her personal and professional capacities; Major Payne, in his/her personal and professional capacities; Gene Shinault, Assistant Warden, in his/her personal and professional capacities; Ms. Barbetto, in his/her personal and professional capacities; Captain Jenkins, in his/her personal and professional capacities, Defendants—Appellees.**

No. 05–6281.

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2005.

Decided May 26, 2005.

Tion Bernard Terrell, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tion Bernard Terrell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000) for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Terrell v. Bassett,* No. CA–05–2–2 (E.D. Va. filed Jan. 21, 2005 & entered Jan. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*